# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj-00867-NJK |
| | ) | |
| PRINCE EMMANUEL GOZIEM OKOLI | ) | Charging District: Northern District of Georgia |
| *Defendant* | ) | Charging District's Case No. 1:18-mj-01003-AJB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | 2211 United States Courthouse<br>75 Ted Turner Dr., NW<br>Atlanta GA 30303 | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 13, 2019

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_X_ FILED        ____ RECEIVED
___ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         NOV 13, 2019

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                           DEPUTY
```